An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

IN THE SUPREME COURT OF THE STATE OF NEVADA

RONNIE DION EDWARDS,
                    Appellant,
        vs.
THE STATE OF NEVADA,
                    Respondent.

No. 67893

**FILED**

JUN 1 9 2015

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY S. Young
        DEPUTY CLERK

*ORDER DISMISSING APPEAL*

This appeal was initiated by the filing of a pro se appeal. Eighth Judicial District Court, Clark County; Elissa F. Cadish, Judge.

Appellant filed a pro se appeal on April 27, 2015. In his notice of appeal, appellant stated that he was pursuing an appeal from the denial of his post-conviction petition for a writ of habeas corpus. No decision, oral or written, had been made on the petition when appellant filed his appeal. Because appellant failed to designate an appealable order, we lack jurisdiction over this appeal, and we

ORDER this appeal DISMISSED.[1]

_____, J.
        Parraguirre

_____, J.
Douglas

_____, J.
        Cherry

------

[1] We direct the clerk of this court to file the pro se document received on June 5, 2015. In light of this order, we deny as moot appellant's motion to withdraw the appeal.

SUPREME COURT
OF
NEVADA

(O) 1947A

15-18799

cc: Hon. Elissa F. Cadish, District Judge
Ronnie Dion Edwards
Karen A. Connolly, Ltd.
Attorney General/Carson City
Clark County District Attorney
Eighth District Court Clerk